GIOVANNI RAIMONDI, Doing Business as MAGILIEFICIO LEGNANESE, Appellant, v. JOSEPH PARISI et al., Respondents.—

Concur — Capozzoli, J. P., McGivern, Markewich and Nunez, JJ.